# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156417

HEATHER ANN KIMBALL, f/k/a HEATHER
ANN PEARSON,
       Plaintiff-Appellant,

v

                                   SC:  156417
                                   COA:  335639
                                   Macomb CC Family Division:
                                   2010-002626-DM

TIMOTHY ROLAND PEARSON, JR.,
       Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the July 25, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2017



s1010

                                          Clerk